```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF HAWAII

ROBERT JOSE and ADELA JOSE,   )   Civil No. 11-00090-HG-BMK
                              )
        Plaintiffs,           )
                              )
    vs.                       )
                              )
BNC MORTGAGE, AMERIFUNDING    )
EXPRESS, MORTGAGE ELECTRONIC  )
REGISTRATION SYSTEMS, and     )
DOES 1-100 inclusive,         )
                              )
        Defendants.           )
_____)
```

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**FINDINGS AND RECOMMENDATION (DOC. 13)**

Findings and Recommendation having been filed and served on all parties on July 5, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION THAT THIS ACTION BE DISMISSED WITHOUT PREJUDICE," (Doc. 13) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: July 28, 2011, Honolulu, Hawaii.



                                                    /S/ Helen Gillmor
                                      _____
                                      Helen Gillmor
                                      United States District Judge